**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-6975**

UNITED STATES OF AMERICA,

             Plaintiff - Appellee,

      v.

DARRYLE EDWARD ROBERTSON, a/k/a Tiger,

             Defendant - Appellant.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  J. Frederick Motz, District Judge.
(1:01-cr-00304-JFM-3)

Submitted:  December 16, 2008      Decided:  December 22, 2008

Before WILKINSON, MICHAEL, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Darryle Edward Robertson, Appellant Pro Se.  John Francis
Purcell, Jr., Assistant United States Attorney, Baltimore,
Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Darryle Edward Robertson appeals the district court's order denying his motion for reduction of his sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Robertson</u>, No. 1:01-cr-00304-JFM-3 (D. Md. May 20, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>